# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

ELVIN DAVID GONZALEZ-DIAZ,

                  Petitioner,

v.

IMPERIAL REGIONAL DETENTION CENTER; GREGORY J. ARCHAMBEAULT, San Diego Field Office Director for U.S. Immigration and Customs Enforcement; MARKWAYNE MULLIN, U.S. Secretary of Homeland Security; TODD BLANCHE, Attorney General of the United States,

                  Respondents.

Case No.:  26cv2876 DMS (MSB)

**ORDER GRANTING PETITION**

This case comes before the Court on the First Amended Petition ("FAP") for Writ of Habeas Corpus.[1]  Respondents filed a Return to the Petition stating they "do not oppose

---

[1] The FAP names the warden of Imperial Regional Detention Facility, where Petitioner is currently detained.  Accordingly, Respondents' request for dismissal of the Petition for failure to name the proper respondent is denied as moot.

1

an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)." (Return at 2.)  Accordingly, Respondents are directed to arrange an individualized bond hearing for Petitioner before an immigration judge within fourteen (14) days of this Order unless Petitioner requests a continuance.  At that bond hearing, the Government shall have the burden of proving by clear and convincing evidence that Petitioner poses a danger to the community or a risk of flight if released on bond.  The parties shall file a Joint Status Report within twenty-one (21) days of this Order's entry confirming Petitioner received a bond hearing and setting out the results thereof.

**IT IS SO ORDERED.**

Dated:  June 3, 2026

_____

Hon. Dana M. Sabraw
United States District Judge

26cv2876 DMS (MSB)